THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR 19-146-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| CHRISTIAN DJOKO, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Having considered the unopposed motion of the defendant Christian Djoko, the records and files herein, and the motion for continuance of the pretrial motions date, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering an extension for the time in which to file pretrial motions.

IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed in this case is extended from August 29, 2019, to September 30, 2019.

DATED this 3rd day of September 2019.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk