THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0146-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CHRISTIAN FREDY DJOKO, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the government's motion to extend the due date of the government's response to Defendant Christian Fredy Djoko's motion to review and revoke the magistrate judge's detention order (Dkt. No. 64). Having considered the government's motion and the relevant record, the Court finds that an extension is necessary for the government to adequately respond to Mr. Djoko's motion. The Court also notes that Mr. Djoko's counsel does not oppose the government's request for an extension of time. The Court therefore GRANTS the government's motion and ORDERS that 1) the government's response date is September 18, 2019, and 2) Mr. Djoko's motion (Dkt. No. 58) is re-noted for September 20, 2019.

DATED this 10th day of September 2019.

1 William M. McCool
Clerk of Court

2 s/Tomas Hernandez
Deputy Clerk

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
CR19-0146-JCC
PAGE - 2