THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>CHRISTIAN DJOKO,<br><br>          Defendant. | CASE NO. CR19-0146-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Christian Fredy Djoko's unopposed motion to re-caption Docket Number 79 (Dkt. No. 81). Mr. Djoko's counsel has clarified that while Mr. Djoko does not wish to file a speedy trial waiver, Mr. Djoko's counsel does not oppose the pending motion to continue trial (Dkt. No. 79). The Court therefore GRANTS the motion and DIRECTS the Clerk to re-caption Docket Number 79 as an "Unopposed Motion."

DATED this 3rd day of October 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk