THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTIAN FREDY DJOKO,<br><br>    Defendant. | CASE NO. CR19-0146-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Christian Fredy Djoko's motion to modify the conditions of his appearance bond (Dkt. No. 191). On October 1, 2019, the Court released Mr. Djoko on conditions, including home confinement. (Dkt. No. 84 at 10–11.) The Court concluded that home confinement was necessary to reasonably assure the safety of the community and the alleged victim in this case. (*See id.*) Mr. Djoko now asks the Court to impose a curfew instead of home confinement, but he does not explain how circumstances have changed such that home confinement is no longer necessary. (*See* Dkt. No. 191 at 2–3.) All that Mr. Djoko says is that "[a] modification of the appearance bond will help alleviate some of the anxiety" he has experienced due to the COVID-19 pandemic. (*See id.* at 3.) Mr. Djoko's anxiety, while understandable and unfortunate, does not warrant a modification of his appearance bond, especially given the concerning reports that the Court has received from Pretrial Services since Mr. Djoko's release. (*See* Dkt. No. 151 at 2–3) (reporting that Mr. Djoko failed to charge his

1  Global Positioning Satellite tracker and deviated from his approved schedule on five occasions);

2  (Dkt. No. 185 at 2–3) (reporting that the Lake Forest Park Municipal Court issued a bench

3  warrant for Mr. Djoko's arrest after he failed to attend a hearing). Accordingly, the Court

4  DENIES Mr. Djoko's motion (Dkt. No. 191).

5        DATED this 31st day of July 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE